UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANGELA FORD, <br><br> Plaintiff, <br><br> v. <br><br> MARION POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 1:23-CV-535 CCB-SLC |

## ORDER

Pursuant to the Stipulation of Dismissal [Doc. No. 25] and Federal Rule of Civil Procedure 41(a)(1)(ii), this case is DISMISSED with prejudice, each party to bear his or its own attorneys' fees and costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

April 9, 2024

                                                      /s/*Cristal C. Brisco*
                                                      CRISTAL C. BRISCO, JUDGE
                                                      UNITED STATES DISTRICT COURT